B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re  **Premise Media Holdings, LP**     Case No. _____

Debtor(s)     Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None ■    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT            SOURCE

**2. Income other than from employment or operation of business**

None ■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT            SOURCE

**3. Payments to creditors**

None ■   *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Cort Furniture Rental**<br>**8155 Kempwood Drive**<br>**Houston, TX 77055** | 8/1/09 - 11/4/09 | $374.30 | $187.15 |
| **Cypress Communications**<br>**PO Box 536796**<br>**Atlanta, GA 30353-6796** | 8/1/09 - 12/1/09 | $1,200.00 | $0.00 |
| **Robin Nichols**<br>**7216 Stonetrail Drive**<br>**Dallas, TX 75230** | 8/1/09 - 12/1/09 | $4,115.00 | $0.00 |
| **United States Treasury**<br>**Internal Revenue Service**<br>**PO Box 105078**<br>**Atlanta, GA 30348-5078** | 8/1/09 - 11/4/09 | $210.00 | $0.00 |
| **APlus.net** | 8/1/09 - 11/4/09 | $218.13 | $0.00 |
| **The Planet** | 8/1/09 - 12/1/09 | $1,236.00 | $0.00 |
| **Sandra Benson** | 11/4/2009 | $1,501.15 | $0.00 |
| **Chase Bank**<br>**Bank Customer Service Center**<br>**PO Box 260161**<br>**Baton Rouge, LA 70826-0161** | 8/1/09 - 12/1/09 | $29.00 | $0.00 |
| **Franklin Skierski Lovall Hayward, LLP**<br>**10501 N. Central Expressway, Suite 106**<br>**Dallas, TX 75231** | 11/3/2009 | $5,000.00 | $0.00 |

None ☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **A. Logan Craft** | 11/1/08 - 11/4/09 | $7,313.92 | $0.00 |
| **John Sullivan** | 11/1/08 - 11/4/09 | $7,796.29 | $0.00 |
| **Make Shift Productions, Inc.** | 11/1/08 - 11/4/09 | $64,547.22 | $0.00 |
| **Pillar Advisors** | 11/1/08 - 11/4/09 | $14,109.30 | $0.00 |
| **Ralph Manning** | 11/1/08 - 11/4/09 | $4,500.00 | $0.00 |
| **Ruloff Capital Corp.** | 11/1/08 - 11/4/09 | $31,302.60 | $0.00 |
| **Tres Corazones** | 11/1/08 - 11/4/09 | $14,109.30 | $0.00 |
| **Walt Ruloff** | 11/1/08 - 11/4/09 | $4,283.30 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ■    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **A. Logan Craft**<br>PO Box 6805<br>Santa Fe, NM 87502 | 11/12/2009 | **Apple Computer, computer equipment, two Panasonic HVX 200 cameras and office furniture - $5,277.84** |
| **Walt Ruloff**<br>48 Eagle Tree Rd<br>Bowen Island, BC V0N 1G0 | 11/12/2009 | **Computer equipment, Hi Tech computer, Powerbook 15" G4 - $10,000** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

### 11. Closed financial accounts

☐ None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Chase Bank<br>420 Throckmorton St<br>Fort Worth, TX 76102 | Account No. 000002048904334 | March 2009 |

### 12. Safe deposit boxes

☐ None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Chase Bank<br>Bank Customer Service Center<br>PO Box 260161<br>Baton Rouge, LA 70826-0161 | | | |

### 13. Setoffs

■ None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

■ None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

■ None

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

■ None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **BKD CPA's & Advisors (formerly KBA)**<br>**14241 Dallas Parkway, Suite 200**<br>**Dallas, TX 75254-2938** | **August 2009 - September 2009** |
| **KBA Group, LLP**<br>**14241 Dallas Parkway, Suite 200**<br>**Dallas, TX 75254** | **June 2006 - July 2009** |
| **Riveron Consulting**<br>**3131 Turtle Creek, Suite 400**<br>**Dallas, TX 75219** | **April 1, 2008 - April 15, 2009** |
| **Robin Nichols**<br>**7216 Stonetrail Drive**<br>**Dallas, TX 75230** | **November 2008 - present** |
| **Weaver & Tidwell, LLP**<br>**12221 Merit Drive, #1400**<br>**Dallas, TX 75251** | **July 2007 - April 15, 2009** |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Robin Nichols** | **7216 Stonetrail Drive**<br>**Dallas, TX 75230** |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **6-K Investments, LP**<br>**512 Elizabeth**<br>**San Antonio, TX 78209** | **December 2008** |
| **Austin & Briggs Investments, Inc.**<br>**3449 West 37th Avenue**<br>**Vancouver, BC**<br>**Canada V6N 2V5** | **December 2008** |
| **Dallas Bsenia LLC**<br>**Attn: Jim Crank**<br>**8111 Preston Rd #700**<br>**Dallas, TX 75225** | **December 2008** |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Jim Headlee**<br>**2110 Forest Point Lane**<br>**Louisville, KY 40245** | **December 2008** |
| **John D. Walker 1999 Family Trust**<br>**30 N. Provence Cir.**<br>**Spring, TX 77382** | **December 2008** |
| **Mr. and Mrs. Roger Jarvis**<br>**19455 Juergen Rd**<br>**Cypress, TX 77433** | **December 2008** |
| **Nita Frank**<br>**PO Box 1977**<br>**Pasadena, TX 77501** | **December 2008** |
| **Randy Brinson**<br>**9226 Vaughn Road**<br>**Pike Road, AL 36064** | **December 2008** |
| **Rick Story**<br>**464 Bay Point Drive**<br>**Gallatin, TN 37066** | **December 2008** |
| **Seth Mitchell**<br>**342 Hauser Blvd**<br>**Apt 420, Bldg 3**<br>**Los Angeles, CA 90036-5628** | **December 2008** |
| **Ted Mitchell**<br>**4611 Travis St. #7**<br>**Dallas, TX 75205** | **December 2008** |
| **The Robert J Donaghey Trust**<br>**4835 Sideline 2**<br>**RR 1 RPO Gen Del**<br>**Ashburn, ON L0B1A0** | **December 2008** |
| **Gary Ames**<br>**10566 NE Country Club Rd**<br>**Bainbridge Island, WA 98110** | **December 2008** |
| **Joe Allegra**<br>**Diamond Investments, LLC**<br>**895 West Paces Ferry Rd**<br>**Atlanta, GA 30327** | **December 2008** |
| **Michael Bailey**<br>**LFI Investments, Ltd.**<br>**2200 Ross Ave., Ste. 3838**<br>**Dallas, TX 75201** | **December 2008** |
| **John Boldrick**<br>**216 Terrell Rd**<br>**San Antonio, TX 78209** | **December 2008** |
| **Charles Brindle**<br>**464 Bay Point Dr**<br>**Gallatin, TN 37066** | **December 2008** |
| **Sanjay Chandra**<br>**1841 Broken Bend Dr**<br>**Roanoke, TX 76262** | **December 2008** |
| **Dale Cheesman**<br>**819 Glenchester**<br>**Houston, TX 77079** | **December 2008** |
| **Clark Cowley**<br>**420 Virginia Place**<br>**Fort Worth, TX 76107** | **December 2008** |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Michael Crothers**<br>2200 Ross Ave., Ste. 4050<br>Dallas, TX 75201 | **December 2008** |
| **Steve Davis**<br>17 Thundercloud Rd<br>Santa Fe, NM 87506 | **December 2008** |
| **Nancy Diller-Shively**<br>4706 North Ridge Dr<br>Akron, OH 44333 | **December 2008** |
| **Bobby Doyle**<br>19210 Long Ship Court<br>Spring, TX 77379 | **December 2008** |
| **Clarence Doyle**<br>675 Bowler Rd<br>Waller, TX 77484 | **December 2008** |
| **Kelley Doyle**<br>675 Bowler Rd<br>Waller, TX 77484 | **December 2008** |
| **Ricky Doyle**<br>4007 Laverock<br>Spring, TX 77388 | **December 2008** |
| **Wayne Doyle**<br>671 Bowler Rd<br>Waller, TX 77484 | **December 2008** |
| **Jack Elteljorg**<br>2777 Turkey Knob<br>Boerne, TX 78006 | **December 2008** |
| **Vince Elliott**<br>6150 Doliver<br>Houston, TX 77057 | **December 2008** |
| **Harry Farnham III**<br>7006 McKamy Blvd<br>Dallas, TX 75248 | **December 2008** |
| **Roy Franka**<br>2114 Plazuela Vista<br>Santa Fe, NM 87505-5871 | **December 2008** |
| **William Grammar**<br>1414 Country Club Rd<br>Arlington, TX 76013 | **December 2008** |
| **Richard Green**<br>6962 Battlecreek Rd<br>Fort Worth, TX 76116 | **December 2008** |
| **David Grimes**<br>Mid Lane Entertainment, LLC<br>11 Greenway Plaza, Ste. 2902<br>Houston, TX 77046 | **December 2008** |
| **Grant Johnson**<br>GJT Partners<br>800 Bering Dr., Ste. 440<br>Houston, TX 77057 | **December 2008** |
| **Kelley Shannon**<br>Prohorns, LLC<br>10375 Richmond, Ste. 1700<br>Houston, TX 77042 | **December 2008** |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Joseph Kane**<br>**7 Drifting Wind Run**<br>**Austin, TX 78738** | **December 2008** |
| **Greg King**<br>**512 Elizabeth**<br>**San Antonio, TX 78209** | **December 2008** |
| **Richard Lindberg**<br>**5403 Preston Fairways Circle**<br>**Dallas, TX 75252** | **December 2008** |
| **Erik Liljenwall**<br>**4907 Fast Fox Trail**<br>**Austin, TX 78746** | **December 2008** |
| **David May**<br>**5914 W. Courtyard Dr**<br>**Austin, TX 78730** | **December 2008** |
| **Ralph Manning**<br>**2200 Ross Ave #3838**<br>**Dallas, TX 75201** | **December 2008** |
| **Susan Manning**<br>**Lenora Touchtone Rutherford**<br>**Testamentary Trust**<br>**6600 Augusta Rd**<br>**Fort Worth, TX 76132** | **December 2008** |
| **Melanie Master**<br>**Pershing, LLC as custodian**<br>**IRA FBO Melanie Master ATK001606**<br>**7332 FM 51 N**<br>**Decatur, TX 76234** | **December 2008** |
| **Neil Master**<br>**Pershing, LLC as custodian**<br>**IRA FBO Neil Master ATK001192**<br>**5809 Robert E. Lee Dr**<br>**Nashville, TN 37215** | **December 2008** |
| **Progress Equity Partners, Ltd.**<br>**Haydock & Nancy Miller Rev. Trust**<br>**dated 6/18/02**<br>**2225 Calle Cacique**<br>**Santa Fe, NM 87505** | **December 2008** |
| **Robert Munson III**<br>**6501 Turnberry Dr**<br>**Fort Worth, TX 76132** | **December 2008** |
| **Blake Pfeffer**<br>**15 Dunnam**<br>**Houston, TX 77024** | **December 2008** |
| **Barrett Rouse**<br>**Live Oak Absolute Retyum Master Fund LP**<br>**510 Bering #100**<br>**Houston, TX 77057** | **December 2008** |
| **Brad Dunn**<br>**Rouse Family Investment Trust**<br>**515 Bering, Ste. 100**<br>**Houston, TX 77057** | **December 2008** |
| **Barry Rowan**<br>**PO Box 896**<br>**Bellevue, WA 98009-0896** | **December 2008** |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Steve Sangalis**<br>**7887 E. Belleview Ave., Ste.1100**<br>**Englewood, CO 80111** | **December 2008** |
| **James & Mary Pat Seibold**<br>**4115 Shady Valley Dr**<br>**Arlington, TX 76013** | **December 2008** |
| **Dr. George and Mary E. Sibley**<br>**3310 Fairmont, P-1-A**<br>**Dallas, TX 75201** | **December 2008** |
| **Garrett Story**<br>**355 Normandy Circle**<br>**Nashville, TN 37209** | **December 2008** |
| **Richard and Margaret L. Story**<br>**30 Apache Creek**<br>**Santa Fe, NM 87505** | **December 2008** |
| **David Tauber**<br>**518 Shadywood**<br>**Houston, TX 77057** | **December 2008** |
| **Jay Turner**<br>**UBS Financial Services, Inc.**<br>**IRA Custodian for Jay Turner**<br>**100 Highland Park Village, Ste. 200**<br>**Dallas, TX 75205** | **December 2008** |
| **Randall Turner**<br>**Randall Turner - SEP IRA**<br>**4615 Westside Dr**<br>**Dallas, TX 75209** | **December 2008** |
| **Brad Wilemon**<br>**2115 Inverray Court**<br>**Arlington, TX 76017** | **December 2008** |
| **Paul Yeoham**<br>**2200 Ross Ave., Ste. 3838**<br>**Dallas, TX 75201** | **December 2008** |
| **Jay Williams**<br>**11603 Mockingbird**<br>**Houston, TX 77024** | **December 2008** |
| **David Bentall**<br>**2610 W. 5th Ave.**<br>**Vancouver, BC V6P1B7** | **December 2008** |
| **Dan Klemke**<br>**Brymark Holdings**<br>**60 Flightline Rd NW**<br>**Edmonton, AB T5G3G2** | **December 2008** |
| **Russell O'Connor**<br>**2610 W 50th Ave**<br>**Vancouver, BC V6P1B7** | **December 2008** |
| **Laura Ruloff**<br>**48 Eagle Tree Rd**<br>**Bowen Island, BC V0N1G0** | **December 2008** |
| **Thane Stenner**<br>**3318-1055 Dunsuir St**<br>**Vancouver, BC V7X1C4** | **December 2008** |
| **Ron Stevenson**<br>**1200 1067 West Cordova**<br>**Vancouver, BC V6C1C7** | **December 2008** |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Premise Media General Partner, LLC**<br>**2200 Ross Ave., Ste. 3838**<br>**Dallas, TX 75201** | **December 2008** |
| **Premise Media Corporation, LP**<br>**2200 Ross Ave., Ste. 3838**<br>**Dallas, TX 75201** | **December 2008** |
| **Premise Media Holdings Limited**<br>**Canada Partnership** | **December 2008** |
| **Premise Media Distribution GP, LLC**<br>**2200 Ross Ave., Ste. 3838**<br>**Dallas, TX 75201** | **December 2008** |
| **Premise Media Intellectual Prop. GP LLC**<br>**2200 Ross Ave., Ste. 3838**<br>**Dallas, TX 75201** | **December 2008** |
| **C&S Production GP, LLC**<br>**2200 Ross Ave., Ste. 3838**<br>**Dallas, TX 75201** | **December 2008** |

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Gary Ames**<br>**10566 NE Country Club Road**<br>**Bainbridge Island, WA 98110** | **Limited Partner** | **3.27%** |
| **Joe Allegra**<br>**Diamond Investments, LLC**<br>**895 West Paces Ferry Road**<br>**Atlanta, GA 30327** | **Limited Partner** | **0.90%** |
| **Michael Bailey**<br>**LFI Investments, Ltd.**<br>**2200 Ross Avenue, Suite 3838**<br>**Dallas, TX 75201** | **Limited Partner** | **0.45%** |
| **John Boldrick**<br>**216 Terrell Road**<br>**San Antonio, TX 78209** | **Limited Partner** | **1.80%** |
| **Charles Brindle**<br>**464 Bay Point Dr.**<br>**Gallatin, TN 37066** | **Limited Partner** | **0.16%** |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Sanjay Chandra**<br>**1841 Broken Bend Drive**<br>**Westlake, TX 76262** | **Limited Partner** | **1.63%** |
| **Dale Cheesman**<br>**819 Glenchester**<br>**Houston, TX 77079** | **Limited Partner** | **1.17%** |
| **Clark Cowley**<br>**420 Virginia Place**<br>**Fort Worth, TX 76107** | **Limited Partner** | **0.90%** |
| **Michael Crothers**<br>**2200 Ross Ave., Suite 4050**<br>**Dallas, TX 75201** | **Limited Partner** | **0.90%** |
| **Steve Davis**<br>**17 Thundercloud Rd**<br>**Santa Fe, NM 87506** | **Limited Partner** | **1.80%** |
| **Nancy Diller-Shively**<br>**4706 North Ridge Dr**<br>**Akron, OH 44333** | **Limited Partner** | **1.80%** |
| **Bobby Doyle**<br>**19210 Long Ship Court**<br>**Spring, TX 77379** | **Limited Partner** | **2.04%** |
| **Clarence Doyle**<br>**675 Bowler Rd**<br>**Waller, TX 77484** | **Limited Partner** | **1.80%** |
| **Kelley Doyle**<br>**675 Bowler Rd**<br>**Waller, TX 77484** | **Limited Partner** | **1.80%** |
| **Ricky Doyle**<br>**4007 Laverock**<br>**Spring, TX 77388** | **Limited Partner** | **1.80%** |
| **Wayne Doyle**<br>**671 Bowler Rd**<br>**Waller, TX 77484** | **Limited Partner** | **1.80%** |
| **Jack Elteljorg**<br>**2777 Turkey Knob**<br>**Boerne, TX 78006** | **Limited Partner** | **0.90%** |
| **Vince Elliott**<br>**6150 Doliver**<br>**Houston, TX 77057** | **Limited Partner** | **0.90%** |
| **Harry Farnham III**<br>**7006 McKamy Blvd**<br>**Dallas, TX 75248** | **Limited Partner** | **0.90%** |
| **Roy Franks**<br>**2114 Plazuela Vista**<br>**Santa Fe, NM 87505-5871** | **Limited Partner** | **0.90%** |
| **William Grammar**<br>**1414 Country Club Rd**<br>**Arlington, TX 76013** | **Limited Partner** | **0.90%** |
| **Richard Green**<br>**6962 Battlecreek Rd**<br>**Fort Worth, TX 76116** | **Limited Partner** | **0.45%** |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **David Grimes**<br>**Mid Lane Entertainment, LLC**<br>**11 Greenway Plaza, Ste. 2902**<br>**Houston, TX 77046** | **Limited Partner** | **1.80%** |
| **Grant Johnson**<br>**GJT Partners**<br>**800 Bering Dr., Ste. 440**<br>**Houston, TX 77057** | **Limited Partner** | **0.90%** |
| **Kelley Shannon**<br>**Prohorns, LLC**<br>**10375 Richmond, Ste. 1700**<br>**Houston, TX 77042** | **Limited Partner** | **0.82%** |
| **Joseph Kane**<br>**7 Drifting Wind Run**<br>**Austin, TX 78738** | **Limited Partner** | **0.65%** |
| **Greg King**<br>**512 Elizabeth**<br>**San Antonio, TX 78209** | **Limited Partner** | **3.60%** |
| **Richard Lindberg**<br>**5403 Preston Fairways Circle**<br>**Dallas, TX 75252** | **Limited Partner** | **1.63%** |
| **Erik Liljenwall**<br>**4907 Fast Fox Trail**<br>**Austin, TX 78746** | **Limited Partner** | **1.14%** |
| **David May**<br>**5914 W. Courtyard Dr**<br>**Austin, TX 78730** | **Limited Partner** | **0.45%** |
| **Ralph Manning**<br>**2200 Ross Ave, Ste. 3838**<br>**Dallas, TX 75201** | **Limited Partner** | **0.22%** |
| **Susan Manning**<br>**Lenora Touchtone Rutherford**<br>**Testamentary Trust**<br>**6600 Augusta Rd**<br>**Fort Worth, TX 76132** | **Limited Partner** | **0.22%** |
| **Melanie Master**<br>**Pershing, LLC as custodian**<br>**IRA FBO Melanie Master ATK001606**<br>**7332 FM 51 N**<br>**Decatur, TX 76234** | **Limited Partner** | **2.62%** |
| **Neil Master**<br>**Pershing, LLC as custodian**<br>**IRA FBO Neil Master ATK001192**<br>**5809 Robert E. Lee Dr**<br>**Nashville, TN 37215** | **Limited Partner** | **0.41%** |
| **Progress Equity Partners, Ltd.**<br>**Haydock & Nancy Miller Rev. Trust**<br>**dated 6/18/02**<br>**2225 Calle Cacique**<br>**Santa Fe, NM 87505** | **Limited Partner** | **0.11%** |
| **Robert Munson III**<br>**6501 Turnberry Dr**<br>**Fort Worth, TX 76132** | **Limited Partner** | **1.80%** |
| **Blake Pfeffer**<br>**15  Dunnam**<br>**Houston, TX 77024** | **Limited Partner** | **1.80%** |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Barrett Rouse**<br>**Live Oak Absolute Retyum Master Fund LP**<br>**510 Bering #100**<br>**Houston, TX 77057** | **Limited Partner** | **9.81%** |
| **Brad Dunn**<br>**Rouse Family Investment Trust**<br>**515 Bering, Suite 100**<br>**Houston, TX 77057** | **Limited Partner** | **0.90%** |
| **Barry Rowan**<br>**P.O. Box 896**<br>**Bellevue, WA 98009-0896** | **Limited Partner** | **0.41%** |
| **Steve Sangalis**<br>**7887 E. Belleview Ave, Ste. 1100**<br>**Englewood, CO 80111** | **Limited Partner** | **0.22%** |
| **James & Mary Pat Seibold**<br>**4115 Shady Valley Dr**<br>**Arlington, TX 76013** | **Limited Partner** | **0.90%** |
| **Dr. George and Mary E. Sibley**<br>**3310 Fairmont, P-1-A**<br>**Dallas, TX 75201** | **Limited Partner** | **0.90%** |
| **Garrett Story**<br>**355 Normandy Circle**<br>**Nashville, TN 37209** | **Limited Partner** | **0.25%** |
| **Richard and Margaret L. Story**<br>**30 Apache Creek**<br>**Santa Fe, NM 87505** | **Limited Partner** | **12.26%** |
| **David Tauber**<br>**518 Shadywood**<br>**Houston, TX 77057** | **Limited Partner** | **1.80%** |
| **Jay Turner**<br>**UBS Financial Services, Inc.**<br>**IRA Custodian for Jay Turner**<br>**100 Highland Park Village, Ste. 200**<br>**Dallas, TX 75205** | **Limited Partner** | **0.82%** |
| **Randall Turner**<br>**Randal Turner - SEP IRA**<br>**4615 Westside Dr**<br>**Dallas, TX 75209** | **Limited Partner** | **0.90%** |
| **Brad Wilemon**<br>**2115 Inverray Court**<br>**Arlington, TX 76017** | **Limited Partner** | **0.90%** |
| **Paul Yeoham**<br>**2200 Ross Ave, Ste. 3838**<br>**Dallas, TX 75201** | **Limited Partner** | **1.80%** |
| **Jay Williams**<br>**11603 Mockingbird**<br>**Houston, TX 77024** | **Limited Partner** | **1.80%** |
| **David Bentall**<br>**2610 W. 50th Ave.**<br>**Vancouver, BC V6P1B7** | **Limited Partner** | **12.77%** |
| **Dan Klemke**<br>**Brymak Holdings**<br>**60 Flightline Rd NW**<br>**Edmonton, AB T5G3G2** | **Limited Partner** | **42.55%** |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Russell O'Connor<br>2610 W 50th Ave<br>Vancouver, BC V6P1B7 | Limited Partner | 2.13% |
| Laura Ruloff<br>48 Eagle Tree Rd<br>Bowen Island, BC V0N1G0 | Limited Partner | 2.13% |
| Thane Stenner<br>3318-1055 Dunsmuir St<br>Vancouver, BC V7X1C4 | Limited Partner | 27.66% |
| Ron Stevenson<br>1200 1067 West Cordova<br>Vancouver, BC V6C1C7 | Limited Partner | 12.77% |
| Premise Media General Partner, LLC | General Partner | 0.1% |
| Premise Media Corporation, LP | Limited Partner | 59.9% |
| Premise Media Holdings Limited<br>Canada Partnership | Limited Partner | 8.55% |

■ None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

☐ None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| A. Logan Craft | PO Box 6805<br>Santa Fe, NM 87502 | 8/26/06 |

■ None   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

■ None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

■ None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

17

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___Dec. 28/2009___           Signature ___[signed]___
                                             Walt Ruloff

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*