IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PREMISE MEIDA HOLDINGS, INC. | § | Case No.  09-38751-BJH-7 |
| | § | |
| Debtor | § | |
| | § | |

## REPORT OF SALE

Robert Yaquinto, Jr., Trustee in the above bankruptcy proceeding, files this Report of Sale, and in support respectfully shows the Court the following:

1. On June 1, 2010, the Trustee's duly employed auctioneer, Rosen Systems, Inc., conducted a sale by public online auction of certain property of this estate as reflected on Exhibit "A" attached to this Report. Prior to the sale, several items of equipment were stolen from Auctioneer's Premises. Trustee mistakenly withdrew his Motion to Sell due to confusion over what was stolen and what if anything remained. Some equipment was pre-sold to individuals in possession of the equipment based on age, its anticipated value and the cost of recovery for auction. Trustee has filed with the Court a Motion Seeking Approval of these sales nunc pro tunc. The sale by public online auction through rosensystems.com originating from 17744 Preston Road, Suite 100, Dallas, Texas, from May 27th, 2009 through June 1st, 2010.

2. The sale was conducted after public advertising in the following periodicals of general circulation:

Mass email from www.rosensystems.com    May 13, May 28, 2010

9000 +/- email addresses

3. The items sold and the prices received are as indicated on Exhibit "C" attached to this Report.

4. The Order authorizing the employment of the Trustee's auctioneer authorized if a ten percent (10%) buyer's premium is collected, the buyer's premium amount will be included with the sale proceeds. Accordingly, Rosen Systems, Inc., has collected $5,707.57 in sale proceeds

and $5,856.18 in insurance proceeds, and $100.00 as a buyer's premium, for a total of $11,663.75.

5. Trustee has received the total amount of $11,663.75 representing the gross proceeds of the sale from the auctioneer (including the buyer's premium amount, if any), and has deposited the proceeds in his trust account for this estate pending further order of the Court.

6. The expenses connected with this sale are itemized on Exhibit "D" attached to this Report, and will be subject of a formal request for reimbursement in the immediate future.

**WHEREFORE,** Robert Yaquinto, Jr., Trustee, requests the Court to approve this Report of Sale; and for such other and further relief to which the estate may be justly entitled.

**DATED:** December 30, 2010

**ROSEN SYSTEMS, INC.**

By: _____, President

Sworn to and Subscribed Before me on this 30th day of December, 2010.

_____

PAM A. LADD
Notary Public, State of Texas
My Commission Expires
June 13, 2012

Respectfully submitted,

*/s/ Robert Yaquinto, Jr.*
Robert Yaquinto, Jr.
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 North Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
TRUSTEE

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the ***REPORT OF SALE*** was forwarded by electronic transmission to the United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242, on this 14th day of January 2010.

*/s/ Robert Yaquinto, Jr.*
Robert Yaquinto, Jr.

# EXHIBIT "A"

**Order Authorizing Employment of Auctioneer/Liquidator**



**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed May 13, 2010                                                                 **United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| **PREMISE MEDIA HOLDINGS, LP** | § | **CASE NO. 09-38751-BJH-7** |
| | § | |
| DEBTOR | § | |

### ORDER AUTHORIZING EMPLOYMENT
### OF ROSEN SYSTEMS, INC. AS AUCTIONEER/LIQUIDATOR

ON this day, came on for consideration the Application to Employ filed by Robert Yaquinto, Jr. (the "Trustee") seeking approval of the Court to employ Rosen Systems, Inc. (the "Firm") as auctioneer/liquidator, as more particularly set for the in the Application and Affidavit on file in this matter. No notice of hearing on said Application need be given and no objections have been filed. The Trustee and the Firm have represented to this Court that the Firm holds or represents no interest adverse to the Trustee, the Debtor or its estate, that it is disinterested, and that its employment is in the best interest of the estate. It is therefore

ORDERED, that the Trustee is authorized to employ the Firm as auctioneer/liquidator as set forth in the Application pursuant to 11 U.S.C.§327(a), with all fees payable subject to interim and/or final application to and approval of this Court.

###END OF ORDER###

**EXHIBIT "B"**

**Notice of Auction**

Case 09-38751-bjh7    Doc 33    Filed 01/14/11    Entered 01/14/11 12:42:49    Desc Main
Document      Page 7 of 18

Robert Yaquinto, Jr.
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
ATTORNEY FOR TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **PREMISE MEDIA HOLDINGS, LP** | § | CASE NO. 09-38751-BJH-7 |
| | § | |
| DEBTOR | § | |

**MOTION TO SELL PROPERTY OF ESTATE**
**FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

**TO THE HONORABLE BARBARA J. HOUSER, U.S. BANKRUPTCY JUDGE**:

Robert Yaquinto, Jr., trustee, files this motion to sell the property of the estate and clear of liens and encumbrances with any liens and encumbrances to attach to the proceeds of sale and in support, respectfully shows the Court the following:

1. On December 29, 2009, **PREMISE MEDIA HOLDINGS, LP** ("Debtor"), filed its voluntary petition for bankruptcy under Chapter 7 of Title 11 of the United States Bankruptcy Code. Robert Yaquinto, Jr. was subsequently appointed Trustee of the bankruptcy estate.

2. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §363. This is a core proceeding.

3. The assets of the estate include, but are not limited to, two cameras, an editing computer and a SteadyCam, all located at 17744 Preston Road, Suite 100, Dallas, TX 75252.

4. Trustee desires to sell the property of the estate at an online auction on Ebay to the highest bidder free and clear of liens and encumbrances with any liens or encumbrances to attach to the proceeds of the sale.  The auction is to be held by Rosen Systems, Inc., with bidding to start on May 25, 2010 and end on June 1, 2010 at 10:00 a.m., at 17744 Preston Road, Suite 100, Dallas, TX 75252..

5. The Trustee believes the sale of the property is in the best interest of the estate.

**WHEREFORE**, Robert Yaquinto, Jr., trustee, seeks an Order from the Court authorizing the sale of the property of the estate at auction to the highest bidder free and clear of liens and encumbrances with any liens to attach to the proceeds of the sale; and for such other and further relief, both at law and in equity, to which the estate may be justly entitled.

**ANY PARTY WISHING TO RESPOND TO THIS NOTICE MUST FILE THE RESPONSE WITH THE U.S. BANKRUPTCY CLERK, 1100 COMMERCE STREET, ROOM 12A24, DALLAS, TEXAS 75242, AND SERVE A COPY ON THE TRUSTEE AT 509 N. MONTCLAIR AVENUE, DALLAS, TEXAS 75208, WITHIN 12 DAYS OF THE SERVICE OF THIS NOTICE.**

**IF A RESPONSE IS FILED AND SERVED TIMELY, A HEARING  WILL BE SCHEDULED WITH NOTICE TO THE RESPONDING PARTY ONLY.  IF NO RESPONSE IS FILED AND TIMELY SERVED ON THE TRUSTEE, THE COURT MAY DEEM THIS NOTICE UNOPPOSED AND MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT FURTHER NOTICE TO ANY PARTY.**

        Respectfully submitted,

          /s/   Robert Yaquinto, Jr.
        **Robert Yaquinto, Jr.**
        State Bar No. 22115750
        SHERMAN & YAQUINTO, L.L.P.
        509 N. Montclair Avenue
        Dallas, TX 75208-5498
        214/942-5502 Fax: 214/946-7601
        ATTORNEY FOR TRUSTEE

# CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the ***Motion to Sell Property of Estate Free and Clear of Liens, Encumbrances and Interests*** has been forwarded by first-class mail, postage prepaid, to the United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242 and to those parties included on the attached Service List, on this 14th day of May, 2010.


                                                                        /s/ Robert Yaquinto, Jr.
                                                         **Robert Yaquinto, Jr.**

| | | |
|---|---|---|
| A. Logan Craft<br>PO Box 6805<br>Santa Fe, NM 87502-6805 | BKD CPAs & Advisors<br>14241 Dallas Parkway, Ste. 200<br>Dallas, TX 75254-2938 | Chase Bank<br>Bank Customer Service Center<br>PO Box 260161<br>Baton Rouge, LA 70826-0161 |
| Cort Furniture Rental<br>8155 Kempwood Drive<br>Houston, TX 77055-1094 | Erin K. Lovall<br>Franklin Skierski Lovall Hayward LLP<br>10501 N. Central Expressway, Suite 106<br>Dallas, TX 75231-2203 | Heenan Blaikie, LLP<br>1055 West Hastings Street No. 2200<br>Vancouver, BC V6E 2E9<br>Canada |
| John Sullivan<br>25336 Via Palacio<br>Valencia, CA 91355-2636 | KBA Group LLP<br>14241 Dallas Pkwy No. 200<br>Dallas, TX 75254-2938 | Lain Faulkner & Co., PC<br>400 N. St. Paul Street, Suite 600<br>Dallas, TX 75201-6897 |
| Locke Lord Bissell & Liddell, LLP<br>PO Box 911541<br>Dallas, TX 75391-1541 | Make Shift Productions, Inc.<br>25336 Via Palacio<br>Valencia, CA 91355-2636 | Pillar Advisors<br>Tres Corozones Partners Ltd<br>PO Box 6805<br>Santa Fe, NM 87502-6805 |
| Premise Media Holdings, LP<br>2200 Ross Avenue<br>Suite 3838<br>Dallas, TX 75201-7968 | Progress Equity Partners, Ltd.<br>2200 Ross Ave No. 3838<br>Dallas, TX 75201-7968 | Ralph Manning<br>2200 Ross Ave No. 3838<br>Dallas, TX 75201-7968 |
| Riveron Consulting<br>3131 Turtle Creek, Suite 400<br>Dallas, TX 75219-5433 | U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | |

**EXHIBIT "C"**

**Description of Items sold and Sale Price**

| Date : 07/07/2010 | | | PRICED INVENTORY RECAP | | | Page : 5 |
| Time: 5:18:12 PM | | | JUNE AUCTION EXCHANGE 6.1.10 | | | Auction Date: 06/01/2010 |
| | | | ALL LOTS : Owner Code By Lot | | | |

| LOT | BUY# | OWN | DESCRIPTION | QTY | EACH | TOTAL |
|---|---|---|---|---|---|---|
| 0024 | 0024 | P | STEADICAM CAMERA STABILIZING SYST | 1 | 3807.5700 | $3,807.57 |
| 0024A | 0030 | P | APPLE POWERMAC G5, DUAL CORE 2.3 ghz, 120gb HARD DRIVE, 23 inch APPLE CINEMA DISPLAY | 1 | 900.0000 | $900.00 |
| 0024B | 0031 | P | MAC PRO DUAL PROCESSOR COMPUTE WITH 23 inch MONITOR | 1 | 1000.0000 | $1,000.00 |
| 0025 | | P | JVC EVERIO HARD DISK CAMCORDER, GZ-MG505U HDD, 30GB, 5 MEGA PIXEL | 1 | 0.0000 | $0.00 |
| 0026 | | P | VIEWSONIC PJ556D/DLP PROJECTOR | 1 | 0.0000 | $0.00 |
| 0027 | | P | APPLE MACBOOK MDL. A1181, NO POWE CORD | 1 | 0.0000 | $0.00 |
| 0028 | | P | PANASONIC DVCPRO HD P2 CAMCORDE WITH BAG | 1 | 0.0000 | $0.00 |
| 0029 | | P | (2) SENNHEISER AND (1) AUDIO TECHNIC WIRELESS MICS | 1 | 0.0000 | $0.00 |

|  |  | Owner Grand Total | $5,707.57 |
|---|---|---|---|
|  | Buyers Premium Collected |  | $100.00 |
|  | Total Proceeds: |  | $5,807.57 |

**DEPOSIT TICKET**

**ROSEN SYSTEMS, INC**
17744 PRESTON RD #100
DALLAS, TX 75252

CASH:

CHECKS: 5856.18

OTHER:

TOTAL ITEMS:

DATE: 6/17/10

TOTAL DEPOSIT: 5856.18

DEPOSIT MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

**INWOOD NATIONAL BANK**
PLANO, TX 75075

⑈111001040⑈ 31 0868 2⑈

CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT SUBJECT TO PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

DEPOSIT DETAIL

Promise Media

RSI        5856.18

stolen property

6/17/10

ChkDep        5,856.18
06/17/2010 02:37:25 PM
0006 PL02 0071 #51        ***8682

IMPORTANT: Both parts of this form must be submitted to your bank when making a deposit.
Thank you for banking at
Inwood National Bank

INSURED: Rosen Systems  CLAIM NO: 4306 4333 4015

| Item No | Description of Item | Age | Replacement Cost | Actual Cash Value | % of Depreciation |
|---|---|---|---|---|---|
| 1 | Window Repair Invoice | | $400.00 | $ 400.00 | |
| 2 | JVC Everio Hard Disk Camcorder Model GZ-MG505U HDD, 30gb, 5 mega pixel | 3 yrs | $399.99 | $ 279.99 | 30% |
| 3 | Viewsonic Model PJ556D/DLP Projector | 3 yrs | $594.99 | $ 416.49 | 30% |
| 4 | Panasonic DVCPRO HD P2 Camcorder | 3 yrs | $5,495.00 | $ 3,846.50 | 30% |
| 5 | Sennheiser wireless microphones | 3 yrs | $499.95 | $ 349.97 | 30% |
| 6 | Sennheiser wireless microphones | 3 yrs | $499.95 | $ 349.97 | 30% |
| 7 | Audio Technica wireless microphone | 3 yrs | $159.00 | $ 111.30 | 30% |
| Totals: | | | $8,048.88 | $ 5,754.22 | |

Deductible:

Handwritten annotations:
- "Rosen" and "Premise" labels with circle around depreciation column
- Totals:
  - Promise ① 1431.96
  - ② 442.22
  - 385.618
  - ← →
  - RSL ① 1631.35
  - ② 330.05
  - 1961.35
  - 1817.23



| Item No | Description of Item | Age | Replacement Cost | Actual Cash Value | % of Depreciation |
|---|---|---|---|---|---|
| | INSURED:Rosen Systems | | | CLAIM NO: | 2302 2433 4021 |
| 1 | Dell Precision T3500 with 19" Screen | 3 yrs | $1,069.00 | $ 587.95 | 45% |
| 2 | Dell Precision T3500 with 19" Screen | 3 yrs | $1,069.00 | $ 587.95 | 45% |
| 3 | Dell Precision T3500 with 19" Screen | 3 yrs | $1,069.00 | $ 587.95 | 45% |
| 4 | Apple Mac Book Model A1181 | 3 yrs | $ 999.00 | $ 549.45 | 45% |
| 5 | Vostro 220 Mini-Tower | 10 months | $ 290.00 | $ 232.00 | 20% |
| 6 | Vostro 420 Tower 2 | 10 months | $ 782.83 | $ 626.26 | 20% |
| 7 | E228WFP Dell Americas Organization | 1 yr | $ 189.00 | $ 141.75 | 25% |
| Totals: | | | $ 5,467.83 | $ 3,313.31 | |
| Deductible: | | | $ 250.00 | $ 250.00 | |
| ACV Claim | | | $ 5,217.83 | $ 3,063.31 ✓ | |

*Handwritten annotations:*

Items 1–3 bracketed: "Rsi"
Items 4–7 bracketed: "Premise"

ROSEN         1763.85
LESS o/o of DED   132.50      1631.35

PROMISE       1549.46
LESS o/o DED   117.50     1431.96
                          ─────────
                          3063.31

| Buyer # | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| 1 | Richard Boyer | 3600 Cenenary | Dallas | TX | 75225 |
| 9 | Paul DeBruyne | 275 Broad Ave. S | Naples | FL | 34102 |
| 10 | Daniel Laznov | 2246 84th St. | Brooklyn | NY | 11214 |
| 12 | Paul DeBruyne | 275 Broad Ave. S | Naples | FL | 34102 |
| 13 | Juan Tamarit | 82 Pitt St. | Charlston | SC | 29403 |
| 14 | Tony Tu | 3015 Dowlen Rd. | Beaumont | TX | 77706-7280 |
| 14 | Shahin Rezvani | Quinn Emanual 865 S. Figueroa St. | Los Angeles | CA | 90017 |
| 15 | Marc Gawronski | 6213 Monticello Dr. | Frisco | TX | 75035 |
| 16 | Michael Donahue | 9 Shadetree Ln. | Roslyn Heights | NY | 11577-2502 |
| 17 | Salvatore Pollina | 4 Sullivan Ct. | Marlboro | NJ | 7746 |
| 19 | Thurston Lindo | 2804 St. Andrews Rd. Windsor Park | Regina | Saskatchewan | s4v2z9 |
| 21 | Eugene Nazarov | 2330 Ocean Ave. | Brooklyn | NY | 11229-3035 |
| 25 | Arber Kamberi | 7904 Brace St | Corona | CA | 92880 |
| 26 | Nirvaana Inc | 4287 Beltline | Addison | TX | 75001 |
| 32 | Aleksandr Demchenko | 350 Plum Creek Dr Apt 312 | Wheeling | IL | 60090-6345 |
| 33 | Max Specialty Insurance Service | | Richmond | VA | |
| 34 | Sound Bridge Acoustic Labs | 3501 I-35 E. | Waxahachie | TX | 75165 |
| 35 | Simon Tondeur | simontondeur@gmail.com | | | |
| 36 | Nathan Frankowski | nfrankowski@hotmail.com | | | |

and $5,856.18 in insurance proceeds, and $100.00 as a buyer's premium, for a total of $11,663.75.

5. Trustee has received the total amount of $11,663.75 representing the gross proceeds of the sale from the auctioneer (including the buyer's premium amount, if any), and has deposited the proceeds in his trust account for this estate pending further order of the Court.

6. The expenses connected with this sale are itemized on Exhibit "D" attached to this Report, and will be subject of a formal request for reimbursement in the immediate future.

**WHEREFORE,** Robert Yaquinto, Jr., Trustee, requests the Court to approve this Report of Sale; and for such other and further relief to which the estate may be justly entitled.

**DATED:**_____.

**ROSEN SYSTEMS, INC.**

By:_____

Sworn to and Subscribed Before me on this _____ day of _____, 2010.

_____