U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature]*

**United States Bankruptcy Judge**

**Signed April 25, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: §
§
**PREMISE MEDIA HOLDINGS, LP** § **CASE NO. 09-38751-BJH-7**
§
DEBTOR §

### ORDER ON TRUSTEE'S MOTION TO CONFIRM SALE OF PROPERTY OF ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES

Robert Yaquinto, Jr., Trustee, notified all parties in interest on January 14, 2011, of Trustee's Motion to Confirm Sale of Property of Estate Free and Clear of Liens and Encumbrances with any liens or encumbrances to attach to the proceeds of the sale. The Court, having considered the motion and no objections to the sale having been timely filed and served upon the Trustee, finds that the estate will be best served by confirming the sale of the property of the estate. It is

**ORDERED** that the sale of the property, as described in trustee's motion, is confirmed and authorized and is free and clear of liens and encumbrances with any liens or encumbrances to attach to the proceeds of the sale.

# # # END OF ORDER # # #