Robert Yaquinto, Jr.
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
ATTORNEY FOR TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **PREMISE MEDIA HOLDINGS, LP** | § | CASE NO. 09-38751-BJH-7 |
| | § | |
| DEBTOR | § | |

## MOTION TO EXPEDITE HEARINGS

TO THE HONORABLE BARBARA J. HOUSER, U.S. BANKRUPTCY JUDGE:

Robert Yaquinto, Jr., Trustee, in the above bankruptcy proceeding, files this motion to expedite hearings, and respectfully shows the Court as follows:

1. **PREMISE MEDIA HOLDINGS, LP**. ("Debtor") filed its petition for bankruptcy under Chapter 7 of Title 11 of the United States Bankruptcy Code on December 29, 2009. Robert Yaquinto, Jr. was subsequently appointed Trustee of the estate.

2. Trustee desires to expedite the hearing on **MOTION TO SELL THE MOTION PICTURE ENTITLED** *EXPELLED: NO INTELLIGENCE ALLOWED* **AND OTHER RELATED PERSONAL PROPERTY OF ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES** because the auction of the property is scheduled to start on June 23, 2011 and end on June 28, 2011 at 10:00 a.m., at 2323 Langford, Dallas, TX 75208.

**WHEREFORE**, Robert Yaquinto, Jr., Trustee, requests that this Court enter its Order to Expedite Hearing on **MOTION TO SELL THE MOTION PICTURE ENTITLED** *EXPELLED: NO INTELLIGENCE ALLOWED* **AND OTHER RELATED PERSONAL PROPERTY OF ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES** to twenty (20) days for responses or objections to Trustee's Motion to Sell Property of Estate Free and Clear of Liens and Encumbrances; and to Expedite Hearing on the Motion; and for such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

  /s/   Robert Yaquinto, Jr.
**Robert Yaquinto, Jr.**
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502   Fax: 214/946-7601
ATTORNEY FOR TRUSTEE

### CERTIFICATE OF CONFERENCE

I certify that I called and left a voice message for and I have emailed a request to Mary Fran Durham, staff attorney with the Office of the U.S. Trustee to discuss this Motion to Expedite Hearing on Trustee's Motion to Sell Property of Estate Free and Clear of Liens and Encumbrances. She was not available, so this motion is presented to the Court for consideration.

  /s/   Robert Yaquinto, Jr.
**Robert Yaquinto, Jr.**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the *Motion to Expedite* has been forwarded by electronic transmission or first class mail, postage prepaid, to those parties included on the attached Service List, on this   1st   day of June, 2011.

  /s/   Robert Yaquinto, Jr.
**Robert Yaquinto, Jr.**

| | | |
|---|---|---|
| A. Logan Craft<br>PO Box 6805<br>Santa Fe, NM 87502-6805 | BKD CPAs & Advisors<br>14241 Dallas Parkway, Ste. 200<br>Dallas, TX 75254-2938 | Chase Bank<br>Bank Customer Service Center<br>PO Box 260161<br>Baton Rouge, LA 70826-0161 |
| Cort Furniture Rental<br>8155 Kempwood Drive<br>Houston, TX 77055-1094 | Erin K. Lovall<br>Franklin Skierski Lovall Hayward LLP<br>10501 N. Central Expressway, Suite 106<br>Dallas, TX 75231-2203 | Heenan Blaikie, LLP<br>1055 West Hastings Street No. 2200<br>Vancouver, BC V6E 2E9<br>Canada |
| John Sullivan<br>P. O. Box 803157<br>Santa Clarita, CA 91380-3157 | KBA Group LLP<br>14241 Dallas Pkwy No. 200<br>Dallas, TX 75254-2938 | Lain Faulkner & Co., PC<br>400 N. St. Paul Street, Suite 600<br>Dallas, TX 75201-6897 |
| Locke Lord Bissell & Liddell, LLP<br>PO Box 911541<br>Dallas, TX 75391-1541 | Make Shift Productions, Inc. | Pillar Advisors<br>Tres Corozones Partners Ltd<br>PO Box 6805<br>Santa Fe, NM 87502-6805 |
| Premise Media Holdings, LP<br>2200 Ross Avenue<br>Suite 3838<br>Dallas, TX 75201-7968 | Progress Equity Partners, Ltd.<br>2200 Ross Ave No. 3838<br>Dallas, TX 75201-7968 | Ralph Manning<br>2200 Ross Ave No. 3838<br>Dallas, TX 75201-7968 |
| Riveron Consulting<br>3131 Turtle Creek, Suite 400<br>Dallas, TX 75219-5433 | U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | |