Robert Yaquinto, Jr.
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
ATTORNEY FOR TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **PREMISE MEDIA HOLDINGS, LP** | § | **CASE NO. 09-38751-BJH-7** |
| | § | HEARING DATE: June 22, 2011 |
| DEBTOR | § | HEARING TIME:  1:15 p.m. |

**NOTICE OF HEARING AND CERTIFICATE OF MAILING**

PLEASE TAKE NOTICE that a hearing on the **MOTION TO SELL THE MOTION PICTURE ENTITLED *EXPELLED: NO INTELLIGENCE ALLOWED* AND OTHER RELATED PERSONAL PROPERTY OF ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES** is set for **June 22, 2011, at 1:15 p.m.** before The Hon. Barbara J. Houser, United States Bankruptcy Judge, 1100 Commerce Street, 14th Floor, Dallas, TX 75242.

THIS WILL CERTIFY that on the 2nd day of June, 2011, a copy of this Notice of Hearing was forwarded to all parties on the attached service list via electronic transmission or first-class mail, postage prepaid.

Respectfully submitted,

SHERMAN & YAQUINTO, L.L.P.

BY:    /s/ Robert Yaquinto, Jr.
Robert Yaquinto, Jr.
State Bar No. 22115750
509 North Montclair Avenue
Dallas, Texas 75208-5498
(214) 942-5502
ATTORNEY FOR TRUSTEE

| | | |
|---|---|---|
| A. Logan Craft<br>PO Box 6805<br>Santa Fe, NM 87502-6805 | BKD CPAs & Advisors<br>14241 Dallas Parkway, Ste. 200<br>Dallas, TX 75254-2938 | Chase Bank<br>Bank Customer Service Center<br>PO Box 260161<br>Baton Rouge, LA 70826-0161 |
| Cort Furniture Rental<br>8155 Kempwood Drive<br>Houston, TX 77055-1094 | Erin K. Lovall<br>Franklin Skierski Lovall Hayward LLP<br>10501 N. Central Expressway, Suite 106<br>Dallas, TX 75231-2203 | Heenan Blaikie, LLP<br>1055 West Hastings Street No. 2200<br>Vancouver, BC V6E 2E9<br>Canada |
| John Sullivan<br>P. O. Box 803157<br>Santa Clarita, CA 91380-3157 | KBA Group LLP<br>14241 Dallas Pkwy No. 200<br>Dallas, TX 75254-2938 | Lain Faulkner & Co., PC<br>400 N. St. Paul Street, Suite 600<br>Dallas, TX 75201-6897 |
| Locke Lord Bissell & Liddell, LLP<br>PO Box 911541<br>Dallas, TX 75391-1541 | Make Shift Productions, Inc. | Pillar Advisors<br>Tres Corozones Partners Ltd<br>PO Box 6805<br>Santa Fe, NM 87502-6805 |
| Premise Media Holdings, LP<br>2200 Ross Avenue<br>Suite 3838<br>Dallas, TX 75201-7968 | Progress Equity Partners, Ltd.<br>2200 Ross Ave No. 3838<br>Dallas, TX 75201-7968 | Ralph Manning<br>2200 Ross Ave No. 3838<br>Dallas, TX 75201-7968 |
| Riveron Consulting<br>3131 Turtle Creek, Suite 400<br>Dallas, TX 75219-5433 | U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | |